JS-6

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

HOANG MINH LE,

     Plaintiff,

v.

ADIRC CAPITAL, LLC,

     Defendant.

Case No. 5:22-cv-01747-SB-PLA

FINAL JUDGMENT

For the reasons set forth in the separate order granting in part Plaintiff's motion for default judgment, entered this day:

- Plaintiff is **AWARDED** $3,782 in attorney's fees and costs;

- Defendant is **ORDERED** to alter the plaza located at 2929 S Vineyard Ave, Ontario, CA 91761-6484 to make the designated parking spaces, access aisles, ramps, and routes between businesses readily accessible to and usable by individuals with disabilities as required by the ADA.

Plaintiff is **ORDERED** to serve a copy of the order and this judgment on Defendant.  Plaintiff shall file proof of service by **April 7, 2023**.

This is a final judgment.  The clerk is directed to close this case.

Date: March 24, 2023

               Stanley Blumenfeld, Jr.
           United States District Judge